UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-00059-DCR

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                       **JOINT STATEMENT OF THE CASE**

MELVIN P. LITTERAL III                                            DEFENDANT

* * * * *

The United States, by and through undersigned counsel, and the Defendant, by and through undersigned counsel, hereby respectfully submit the agreed joint statement of the case, consistent with the Court's pretrial conference order (DE 14):

"The Defendant, Melvin P. Litteral III, is charged with two federal crimes. First, Mr. Litteral is charged with using force or threat of force to willfully intimidate or interfere with a Palestinian American man and practicing Muslim because of that man's race, color, religion, or national origin, and because the man was enjoying the goods, services, or facilities of a restaurant. The indictment alleges that Mr. Litteral's actions included the use, attempted use, or threatened use of a firearm. Second, Mr. Litteral is charged with knowingly using, carrying, and brandishing a firearm in furtherance of a crime of violence, which is the crime alleged in the first charge. Mr. Litteral is presumed innocent and has pled not guilty to all charges."

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By:  *s/Zachary S. Dembo*
     Zach Dembo
     Assistant United States Attorney

        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4908
        Zachary.dembo@usdoj.gov

        KRISTEN M. CLARKE
        ASSISTANT ATTORNEY GENERAL
        CIVIL RIGHTS DIVISION

By: *s/Katherine DeVar*
        Trial Attorney
        150 M Street NE
        Washington, D.C. 20002
        202-598-9420
        katherine.devar@usdoj.gov

        *s/Ryan Robey*
        Ryan Robey
        Cooley Iuliano Robey, PLLC
        201 W Short St #500
        Lexington, KY 40507
        859-258-2697
        ryan@cirlegal.com
        ATTORNEY FOR DEFENDANT
        MELVIN P. LITTERAL III