# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    *Plaintiff* ) | |
| ) | |
| V. ) | Criminal Action No. 5:24-CR-059-DCR |
| ) | |
| MELVIN P. LITTERAL, III, ) | |
| ) | |
|    *Defendant* ) | |
| ) | |

## MOTION FOR LEAVE TO PLACE PREVIOUSLY FILED MOTION *IN LIMINE* UNDER SEAL

Comes the Defendant, Melvin Litteral, by and through counsel, and hereby respectfully moves the Court for leave to place the Defendant's previously filed Motion *in limine,* titled *"Motion in limine* to Exclude Evidence of Statements and Social Media Posts Made by Beverly Arnold" under seal. As grounds, the Defendant states that the motion was filed on September 11, 2024, and included as an Exhibit a form covered under a protective order regarding the discovery provided by the United States. As such, the motion and exhibits should be placed under seal.

**WHEREFORE**, the Defendant and undersigned apologize for this oversight and any inconvenience, and respectfully move the Honorable Court to place the motion under seal.

Respectfully submitted,

*/s/ M. Ryan Robey*
MICHAEL RYAN ROBEY, ESQ.
COOLEY IULIANO ROBEY, PLLC
201 WEST SHORT STREET, SUITE 500
LEXINGTON, KENTUCKY 40507
TELEPHONE:  (859) 258-2697
FACSIMILE:  (859) 402-0296
EMAIL:  ryan@cirlegal.com
*Co-Counsel for Defendant Litteral*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, and also electronically mailed to:

Hon. Zachary Dembo
Hon. Katerine DeVar
Assistant United States Attorneys

*/s/ M. Ryan Robey*
Michael Ryan Robey
*Co-Counsel for Defendant Litteral*