# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    *Plaintiff* ) | |
| ) | |
| V. ) | Criminal Action No. 5:24-CR-059-DCR |
| ) | |
| MELVIN P. LITTERAL, III, ) | |
| ) | |
|    *Defendant* ) | |
| ) | |

## ORDER

This matter being before the Court on Defendant Litteral's Motion to Place Previously Filed Motion *in limine* Under Seal, and the Court being fully advised, it is hereby **ORDERED** that Defendant's Motion to place the Defendant's previously filed motion, titled "Motion *in limine* to Exclude Evidence of Statements and Social Media Posts Made by Beverly Arnold" under seal is **GRANTED**.