UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 24-059-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MELVIN P. LITTERAL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Melvin Litteral has filed a motion requesting that his previously-filed motion to exclude the statements and social media posts of Beverly Arnold be filed under seal. In support, counsel for Litteral reports that the motion to exclude Arnold's statements and social media posts includes information that is covered under a protective order. However, no protective order has been entered in this case and the defendant does not otherwise explain why any documents included in the motion should be excluded from public view.

Accordingly, it is hereby

**ORDERED** that the motion to seal [Record No. 24] is **DENIED**.

Dated: September 12, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky