2024 10 02

we have reached a verdict

651

Eastern District of Kentucky
FILED
OCT - 2 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

615

Want to look at Chedders video look at again

Eastern District of Kentucky
FILED

OCT - 2 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT