EDKy-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL – DAY 2

LEXINGTON Case No. 5: 24-CR-059-DCR   at: LEXINGTON   Date: October 2, 2024

DOCKET ENTRY: The defendant's motion for judgment of acquittal was **OVERRULED** at the close of the United States case-in-chief. Defendant's renewed motion for judgment of acquittal was **OVERRULED** at the close of presentation of all proof. A final jury instructions conference was held. The defendant objected to a portion of the government's rebuttal closing argument. A bench conference was held wherein the defendant orally moved for a mistrial. The motion was taken under advisement; however, the motion because moot upon the return of the verdict of acquittal by the jury. Alternate Juror No. 664 was excused prior to jury deliberations. The clerk is directed to file the juror notes and a redacted version jury verdict in the record. The verdict form containing the foreperson's name shall be filed in the record **UNDER SEAL.**

PRESENT: HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

|  |  |  | Zachary David Dembo (AUSA) |
|---|---|---|---|
| Lisa Moore | Lauren Gootee | none | Katherine Gray DeVar (DOJ) |
| Deputy Clerk | Court Reporter | Interpreter | Asst U. S. Attorneys |

DEFENDANT:                          ATTORNEYS FOR DEFENDANT:

Melvin P. Litteral, III             Michael Ryan Robey/Edward L. Cooley
(custody)                           /James R. Pennington
                                      (retained)

_X_ JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) #669        (5) #661        (9) #651
(2) #715        (6) #645        (10) #724
(3) #701        (7) #649        (11) #655
(4) #612        (8) #635        (12) #616

(1st alt) #664    (2nd alt) _____    (3rd alt) _____

_X_ Introduction of Evidence for plff  ___begun  _X_ resumed  _X_ concluded.

_X_ Motion for judgment of acquittal  ___ granted  _X_ OVERRULED.

_X_ Renewed Motion for judgment of acquittal  ___ granted  _X_ OVERRULED.

_X_ Closing arguments for United States and Defendant.

_X_ Jury retires to deliberate at 11:10 a.m.; Jury returns at 2:29 p.m.

_X_ JURY VERDICT: COUNT 1 – NOT GUILTY; COUNT 2 – NOT GUILTY. See signed verdict.

_X_ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared

_X_ The defendant is released from custody. The Order of Detention previously entered [Record No. 15] is **SET ASIDE.**

Copies: COR, USP, USM, D, JC

TIC: 3.17
Deputy Clerk: lkm

1