UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 24-059-DCR |
| V. | ) ) | |
| MELVIN P. LITTERAL, III, | ) ) | **JUDGMENT OF ACQUITTAL** |
| Defendant. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Following a jury trial which concluded on October 2, 2024, Defendant Melvin P. Litteral, III, was found not guilty of the charges contained in the Superseding Indictment. Therefore, it is hereby

**ORDERED** that the defendant is **ACQUITTED** of the charges contained in the Superseding Indictment and he is released from custody immediately.

Dated: October 2, 2024.

*[Signature]*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -