# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Central Division (at Lexington)

UNITED STATES OF AMERICA

**WITNESS AND EXHIBIT LIST**

V.

MELVIN P. LITTERAL, III  Case Number: 5: 24-CR-059-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Danny C. Reeves | AUSA Zachary David Dembo/ Katherine Gray DeVar (DOJ) | Michael Ryan Robey/Edward L. Cooley/ James R. Pennington |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 1-2, 2024 | Lauren Gootee | Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
| W1 | | 10/01/24 | | | **Witness: Cornelius (CJ) Thomas, server at Cheddar's** | |
| W2 | | 10/01/24 | | | **Witness: Omar Shalash** | |
| 1 | | 10/01/24 | X | X | Cheddar's Scratch Kitchen Video (01 Entry) | |
| 1a | | 10/01/24 | X | X | Still from GE 1 | |
| 1b | | 10/01/24 | X | X | Still from GE 1 | |
| 1c | | 10/01/24 | X | X | Still from GE1 - zoomed | |
| W3 | | 10/01/24 | | | **Witness: Officer Ryan Wells, Lexington Police Department** | |
| 2 | | 10/01/24 | X | X | Cheddar's Scratch Kitchen Video (25 - Southwest Parking) | |
| 3 | | 10/01/24 | X | X | Cheddar's Scratch Kitchen Video (21 - Delivery) | |
| 4 | | 10/01/24 | X | X | Cheddar's Scratch Kitchen Video (24 - Northwest Parking) | |
| 5 | | 10/01/24 | X | X | Cheddar's Scratch Kitchen Video (23- North Parking) | |
| W4 | | 10/01/24 | | | **Witness: Officer Rachael Curnette, Lexington Police Department** | |
| | 1 | 10/01/24 | | | Clip of Ofc. Curnette BWC at Cheddar's Scratch Kitchen/no audio | |
| W5 | | 10/01/24 | | | **Witness: Officer Connor Sands, Lexington Police Department** | |
| 9f | | 10/01/24 | X | X | Clip from Ofc. Sands BWC during search of Defendant's home and recovery of gun (30:43 – 32:45) | |
| 8a | | 10/01/24 | X | X | Black Ruger Model LCP .380 handgun, serial number 372533863 (photo substituted) | |
| 8b | | 10/01/24 | X | X | Ammo from gun (photo substituted) | |
| W6 | | 10/01/24 | | | **Witness: Ruby Druex – Cheddar's hostess** | |
| W7 | | 10/2/24 | | | **Witness: Farrah Chilet-Shalash** | |

Page 1 of ___1___ Pages